**BIBIYAN LAW GROUP, P.C.**
David D. Bibiyan (admitted *pro hac vice*)
*david@tomorrowlaw.com*
Keaton D. Mendoza (admitted *pro hac vice*)
*kmendoza@tomorrowlaw.com*
1460 Westwood Boulevard
Los Angeles, CA 90024
Tel: (310) 438-5555; Fax: (310) 300-1705

**PEARSON BUTLER**
Rachel L. Sykes (11778)
*rachel@pearsonbutler.com*
1802 South Jordan Parkway, Suite 200
South Jordan, Utah 84095
Tel: (801) 495-4104; Fax: (801) 254-9427

Attorneys for Plaintiffs, JOSE GONZALEZ, SHELTON PERRIN, ROBERT CANTU, and FERNANDO MONTANO and on behalf of all others similarly situated and aggrieved

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| JOSE GONZALEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>C.R. ENGLAND, INC., et al.,<br><br>Defendants. | **STIPULATED JOINT MOTION FOR LEAVE TO FILE FIRST AMENDED CLASS AND REPRESENTATIVE ACTION COMPLAINT**<br><br>Case No. 2:26-cv-00186-HCN<br><br>Hon. Howard C. Nielson, Jr. |

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Jose Gonzalez and Shelton Perrin ("Plaintiffs") and Defendant C.R. England, Inc. ("Defendant") (collectively "Parties") stipulate to lifting the stay in this matter temporarily for the limited purpose of allowing Plaintiffs to file the First Amended Class and Representative Action Complaint ("FAC"), attached hereto as Exhibit 1, and jointly move the Court for leave for Plaintiffs to file the FAC. The Parties further stipulate that Defendant shall have no obligation to answer or otherwise respond to the FAC until after the Court has considered Plaintiffs' anticipated Motion for Preliminary Approval and only if directed by the Court to answer or otherwise respond to the FAC.

DATED this 19th of October, 2026.

**BIBYAN LAW GROUP**

*/s/ David D. Bibiyan*
David D. Bibiyan
Rachel L. Sykes
*Attorneys for Plaintiffs Jose Gonzalez and Shelton Perrin*

DATED this 19th day of October, 2026.

**NOSSAMAN LLP**

*/s/ Seth M. Goldstein*
Seth M. Goldstein
(*e-signed with permission)
*Attorney for Defendant C.R. England, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of October 2026, I caused the foregoing **STIPULATED JOINT MOTION FOR LEAVE TO FILE FIRST AMENDED CLASS AND REPRESENTATIVE ACTION COMPLAINT** to be filed using the Court's CM/ECF electronic filing system, which sent electronic notice to all counsel of record.

**Katherine E. Priest**
RAY QUINNEY & NEBEKER PC
36 S. State St., Suite 1400
PO BOX 45385
Salt Lake City, UT 84145-0385
(801) 532-1500
Email: kpriest@rqn.com

**Scott A. Hagen**
RAY QUINNEY & NEBEKER PC
36 S. State St., Suite 1400
PO BOX 45385
Salt Lake City, UT 84145-0385
(801) 532-1500
Email: shagen@rqn.com

**Seth M. Goldstein**
NOSSAMAN LLP
18101 Von Karman Ave., Suite 1800
Irvine, CA 92612
(949) 477-7670
Email: sgoldstein@nossaman.com

**PEARSON BUTLER**

***/s/ Rachel L. Sykes***